**Kyle RAINEY, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al, Appellees.**

Supreme Court of Pennsylvania.

Oct. 20, 2005.

## ORDER

PER CURIAM.

AND NOW, this 20th day of October, 2005, the Order of the Commonwealth Court is **AFFIRMED**.